**SLATER STEELS CORP., Fort Wayne Specialty Alloys Division, Plaintiff,**

and

**Carpenter Technology Corp., Crucible Speciality Metals Division, Crucible Materials Corp., Electralloy Corp., and United Steel Workers of America, AFL–CIO/CLC, Plaintiffs–Appellees,**

and

**Acciaierie Valbruna S.P.A., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Trafilerie Bedini, SRL, Defendant.**

No. 04–1535.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2005.

Before CLEVENGER, SCHALL, and BRYSON, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.